UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEED KEMMAR NELSON,

                   Petitioner,

      -against-

PAUL ARTETA, Orange County Sheriff;
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement;
KENNETH GENALO, New York City Field
Office Director, U.S. Immigration and Customs
Enforcement; KRISTI NOEM, U.S. Secretary
of Homeland Security; PAMELA BONDI, U.S.
Attorney General.,

                   Respondents.

26-CV-2307 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of the petition for a writ of habeas corpus and the emergency motion for an order to show cause. Dkts. 1, 3. Respondents should respond to the petition by **Wednesday, March 25, 2026**. Petitioner may reply by **Monday, March 30, 2026**.

To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States. *See, e.g., Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, to preserve counsel's access to Petitioner and facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g., Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205-WJM-STV, 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117-BLF, 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

SO ORDERED.

Dated: March 20, 2026
      New York, New York

                                       ARUN SUBRAMANIAN
                                 United States District Judge