UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEED KEMMAR NELSON,

                                   Petitioner,

        -against-

PAUL ARTETA, Orange County Sheriff;
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement;
KENNETH GENALO, New York City Field
Office Director, U.S. Immigration and Customs
Enforcement; KRISTI NOEM, U.S. Secretary
of Homeland Security; PAMELA BONDI, U.S.
Attorney General.,

                                   Respondents.

26-CV-2307 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Clerk of Court is respectfully directed to enter judgment in favor of petitioner with regard to the Court-ordered relief of a bond hearing, and to close this case.


        SO ORDERED.

Dated: May 19, 2026
        New York, New York


                                                    _____
                                                    ARUN SUBRAMANIAN
                                                    United States District Judge