UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHEED KEMMAR NELSON., <br><br> Petitioner, <br><br> -against- <br><br> PAUL ARTETA, ORANGE COUNTY SHERIFF; TODD LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KENNETH GENALO, NEW YORK CITY FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, U.S. SECRETARY OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL., <br><br> Respondents. | 26 CIVIL 042307 (AS) <br><br> **JUDGMENT** |

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated May 19, 2026, and the Court's Opinion and Order dated April 13, 2026, the petition is GRANTED and judgment is entered in favor of petitioner with regard to the Court-ordered relief of a bond hearing; accordingly, the case is closed.

**Dated:**   New York, New York
       May 19, 2026

TAMMI M. HELLWIG
**Clerk of Court**

**BY:**

**Deputy Clerk**